1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700   Fax: 916-498-5710

5  Attorneys for Defendant
   RICHARD URIBE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(YOSEMITE DIVISION)

| UNITED STATES OF AMERICA, | Case No. 6:14-MJ-036-MJS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET A CHANGE OF PLEA AND SENTENCING HEARING BY VIDEO CONFERENCE |
| v. | |
| RICHARD URIBE, | Date:  August 6, 2014 |
| Defendant. | Time:  10:00 a.m. |
|  | Judge:  Hon. Michael J. Seng |

IT IS HEREBY STIPULATED between the parties through their respective counsel, MATTHEW McNEASE, Legal Officer and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for RICHARD URIBE, that the change of plea and sentencing hearing be held via video conferenced through the Federal Courthouse in Riverside California.   The defendant has been directed to be at the Riverside Federal Courthouse located at

3470 Twelfth Street, Riverside, CA 92501 on August 6, 2014 at 10:00 a.m., in order to appear by video conference.

DATED: August 4, 2014                                              Respectfully submitted,

                                                                   HEATHER WILLIAMS
                                                                   Federal Defender

                                                                   /s /Linda Harter
                                                                   LINDA HARTER
                                                                   Chief Assistant to the Federal Defender
                                                                   Attorneys for Defendant
                                                                   RICHARD URIBE

Dated: August 4, 2014

                                                                   /s/ Linda C. Harter for
                                                                   MATTHEW McNEASE
                                                                   Legal Officer

## ORDER

For good cause shown, the above Stipulation is accepted and adopted as the Order of this Court. Defendant Uribe may appear by video conference at the change of plea and sentencing in E.D. California case no. 6:14-MJ-036-MJS.

IT IS SO ORDERED.

   Dated:   August 4, 2014                         /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE

-2-