1 | HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 | ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
4 | Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RICHARD URIBE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 6:14-mj-00036-MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE REVIEW |
| vs. | ) | HEARING TO MARCH 23, 2016; ORDER |
| | ) | |
| RICHARD URIBE, | ) | DATE:   March 23, 2016 |
| | ) | TIME:   10:00 a.m. |
| Defendant. | ) | JUDGE:  Hon. Michael J. Seng |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Richard Uribe, that the review hearing set for March 15, 2016, be continued to March 23, 2016, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Date: March 11, 2016         */s/ Matthew McNease*
                             MATTHEW MCNEASE
                             Yosemite Legal Officer
                             Counsel for the Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Date: March 11, 2016         */s/ Erin Snider*
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             RICHARD URIBE


**O R D E R**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the status conference in *United States v. Richard Uribe*, case number 6:14-mj-00036-MJS, is hereby continued to March 23, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 11, 2016                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

-2-