1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RICHARD URIBE
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 6:14-mj-0036-MJS
                                       )
12             Plaintiff,              )  **MOTION TO VACATE MARCH 21, 2017**
                                       )  **REVIEW HEARING AND CUSTODIAL**
13      vs.                            )  **SENTENCE;  ORDER**
                                       )
14  RICHARD URIBE,                     )
                                       )
15             Defendant.              )
                                       )
16

17      Defendant Richard Uribe hereby requests that the Court vacate the March 21, 2017

18  review hearing, and also vacate the custodial sentence in this case.

19      On March 23, 2016, the Court sentenced Mr. Uribe to twelve months of unsupervised

20  probation, with the conditions that he obey all laws and advise the Court and Government

21  Officer within seven days of being cited or arrested for any alleged violation of law. He was also

22  sentenced to 20 days of suspended custody time, with a surrender date of June 1, 2016, and

23  ordered to pay a fine of $1,200.00. At the time of sentencing, the Court set a review hearing for

24  May 18, 2016, to determine whether Mr. Uribe had paid the fine.

25      On May 18, 2016, Mr. Uribe appeared before the Court and provided proof that he paid

26  his fine. The Court then continued his surrender date to May 1, 2017, and set a review hearing

27  for March 21, 2017.

28      Mr. Uribe has paid his fine in full. Accordingly, Mr. Uribe has complied with all

conditions of his probation, and he hereby requests that his March 21, 2017 review hearing be vacated and that his suspended sentence of 20 days custody also be vacated. A final review hearing is set for June 20, 2017, at 10:00 a.m.

The government is in agreement with the request.

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Date: March 20, 2017           */s/ Reed Grantham*  
                               REED GRANTHAM  
                               Assistant Federal Defender  
                               Attorney for Defendant  
                               RICHARD URIBE

# **O R D E R**

Based on the parties' joint representation that Mr. Uribe is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for March 21, 2017, at 10:00 a.m., and further vacates the custodial sentence previously ordered in Case No. 6:14-mj-0036-MJS.

IT IS SO ORDERED.

Dated:   March 20, 2017                    /s/ *Michael J. Seng*  
                                           UNITED STATES MAGISTRATE JUDGE