HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RICHARD URIBE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:14-mj-0036-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE JUNE 20, 2017** |
| | ) **REVIEW HEARING; ORDER** |
| vs. | ) |
| RICHARD URIBE, | ) |
| Defendant. | ) |

Defendant Richard Uribe hereby requests that the Court vacate the June 20, 2017 review hearing. The government is in agreement with this request.

On March 23, 2016, the Court sentenced Mr. Uribe to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also sentenced to 20 days of suspended custody time, with a surrender date of June 1, 2016, and ordered to pay a fine of $1,200.00. At the time of sentencing, the Court set a review hearing for May 18, 2016, to determine whether Mr. Uribe had paid the fine.

On May 18, 2016, Mr. Uribe appeared before the Court and provided proof that he paid his fine. The Court then continued his surrender date to May 1, 2017, and set a review hearing for March 21, 2017.

On March 20, 2017, this Court, at the request of the parties, vacated Mr. Uribe's interim

1 | review hearing and vacated the previously ordered suspended custody sentence. A final review
2 | hearing had previously been set for June 20, 2017, at 10:00 a.m.

Mr. Uribe has paid his fine in full and has no new law violations. Accordingly, Mr. Uribe has complied with all conditions of his probation, and he hereby requests that his June 20, 2017 review hearing be vacated.

The government is in agreement with the request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 20, 2017            */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               RICHARD URIBE

# **O R D E R**

Based on the parties' joint representation that Mr. Uribe is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for June 20, 2017, at 10:00 a.m. in Case No. 6:14-mj-0036-MJS.

IT IS SO ORDERED.

Dated:   June 20, 2017                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE